# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
99 NOV -1 PM 12: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES OF AMERICA
(Rural Development)

    VS.

THE ESTATE OF ERIC ORTIZ-ORTIZ,
ET AL.

CIVIL NO. 98-2460(JAF)

---

## DESCRIPTION OF MOTION

**DATE FILED:** 10/18/99    **DOCKET #:** 13    **TITLE:** MOTION TO RESCHEDULE SALE

[X] **Plaintiff(s)**
[ ] Defendant(s)

---

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: _granted_

DATE 10 29 99

JOSE A. FUSTE
U.S. DISTRICT JUDGE